IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01370-BNB

VIRGIL F. RICE,

    Plaintiff,

v.

LARIMER COUNTY COLORADO,
SHERIFF JAMES ALDERDEN,
MAJ. WILLIAM NELSON,
LT. PATRICK McCOSH,
LT. RICH WILLIAMS,
DAVID AYRAUD,
GEORGE HASS,
JAMES ALDERDEN, Individually,
WILLIAM NELSON, Individually,
PATRICK McCOSH, Individually,
RICH WILLIAMS, Individually, and
DAVID AYRAUD, Individually,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 8 2010

GREGORY C. LANGHAM
                CLERK

## ORDER OF DISMISSAL

When Plaintiff, Virgil F. Rice, initiated the instant Prisoner Complaint on June 2, 2010, he was detained at the Larimer County Detention Facility in Fort Collins, Colorado. Upon review of the merits of the Complaint, Magistrate Judge Boyd N. Boland entered an order, on July 13, 2010, directing Mr. Rice to file an Amended Complaint. Plaintiff specifically was instructed to amend the Complaint, in keeping with Fed. R. Civ. P. 8(a), and assert personal participation by each named defendant. Plaintiff also was instructed to state what each named defendant did to him, when they

did it, how their action harmed him, and what specific legal right they violated. *See Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007).

On July 26, 2010, the copy of the July 13 Order that was sent to Mr. Rice was returned to the Court in an envelope marked "Return to Sender Not Deliverable as Addressed Unable to Forward Return to Sender." Pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, a party must file a notice of a new address within ten days of any change of address. Previously, Mr. Rice submitted a Letter to the Court on June 28, 2010, indicating that he was to be transferred to the Colorado Department of Corrections (DOC) on Monday, June 28, 2010. Mr. Rice requested that the Court contact the public defender in his state criminal case to acquire his new mailing address. This Court is not responsible for contacting third parties to acquire Mr. Rice's new address.

Since at least July 1, 2010, Mr. Rice no longer was housed at the Larimer Detention Facility (*see* Case No. 10-cv-01371-ZLW at Doc. No. 13) and was placed in the DOC, but he has failed to submit to the Court a change of address notice. It is inconceivable that Mr. Rice has not had an address to provide to the Court during this time. Mr. Rice has failed to communicate with the Court and as a result he has failed to comply with Magistrate Judge Boland's July 13 Order to File Amended Complaint within the time allowed.

Upon review of the Complaint, the Court finds that Magistrate Judge Boland correctly determined that Mr. Rice's Complaint is deficient and that he is required to amend the Complaint in keeping with Rule 8 and with *Nasious*. Therefore, the Complaint will be dismissed for failure to amend and to prosecute. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to file an Amended Complaint and for failure to prosecute.

DATED at Denver, Colorado, this __18th__ day of __August__, 2010.

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Court, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01370-BNB

Virgil F. Rice
Prisoner No. 0812864
Larimer County Det. Center
2405 Midpoint Dr.
Fort Collins, CO 80525

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 8/18/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk